# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

CRISTIAN ALEXIS LAZO CHAPA,

    Petitioner,

v.                                                    CV 526-067

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

    Respondent.

## ORDER

On January 28, 2026, the Court granted Petitioner's 28 U.S.C. § 2241 petition in part, ordering Respondent to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions. Dkt. No. 4. Judgment was entered January 30, 2026, closing this case. Dkt. No. 5. Now before the Court is Petitioner's Notice of Voluntary Dismissal, no. 11, wherein he notifies the Court that he wishes to dismiss his 28 U.S.C. § 2241 petition. Petitioner states that he has been removed from the United States.

Petitioner's Notice of Voluntary Dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment); see also Webb v. Jones, No. 5:18cv176, 2019 WL 587920, at *1 (N.D. Fla. Jan. 10, 2019) (noting that habeas

petitioners may avail themselves of Rule 41(a)(1)). Accordingly, to the extent any claims remain in this action, they are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions. This case remains closed.

**SO ORDERED**, this 18th day of May, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2